IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ERIN WALKINSHAW,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO, Commissioner of Social Security,<br><br>Defendant. | **8:25CV295**<br><br>**ORDER** |

On September 28, 2021, plaintiff Erin Walkinshaw ("Walkinshaw") applied for disability benefits under Title II of the Social Security Act (the "Act"), 42 U.S.C. § 401 *et seq*. She alleged disability beginning on January 15, 2021. Upon completing administrative review, defendant Frank Bisignano, Commissioner of Social Security (the "Commissioner"), denied her claim, concluding she was not disabled under the Act.

On April 18, 2025, Walkinshaw sued the Commissioner in this Court (Filing No. 1) seeking relief from that final decision. *See* 42 U.S.C. § 405(g); *Mitchael v. Colvin*, 809 F.3d 1050, 1055 (8th Cir. 2016). In accordance with General Order No. 2022-13 (Filing No. 4), Walkinshaw filed a motion to reverse and remand the Commissioner's decision (Filing No. 12), and the Commissioner filed a motion for an order affirming his decision (Filing No. 17). The Court referred both motions to the magistrate judge[1] for initial review. *See* 28 U.S.C. § 636(b)(1)(B) (permitting such referral of dispositive matters).

Now before the Court are those two motions and the magistrate judge's Findings and Recommendation (Filing No. 20) recommending that the Court deny Walkinshaw's

---

[1]The Honorable Michael D. Nelson, United States Magistrate Judge for the District of Nebraska.

motion, grant the Commissioner's motion, and affirm the denial of benefits. Walkinshaw has objected (Filing No. 21) to the Findings and Recommendation.

Section 636(b)(1) requires the Court to "make a de novo review of . . . specified proposed findings or recommendations to which objection is made." After carefully considering Walkinshaw's objections and "mak[ing] a de novo determination of those portions of the report" to which she objects, *id.* § 636(b)(1)(C), the Court agrees that substantial evidence supports the Commissioner's decision for the reasons described by the magistrate judge. Accordingly,

IT IS ORDERED:

1. Plaintiff Erin Walkinshaw's objections (Filing No. 21) to the magistrate judge's Findings and Recommendation (Filing No. 20) are overruled. The magistrate judge's Findings and Recommendation is accepted.
2. Walkinshaw's motion to reverse and remand (Filing No. 12) is denied.
3. The Commissioner's motion to affirm (Filing No. 17) is granted, and his final decision to deny benefits is affirmed.
4. This case is dismissed with prejudice.
5. A separate judgment will issue.

Dated this 4th day of November 2026.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge